UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHUAN EN LIU,

      Petitioner,

      v.                                    CAUSE NO. 3:26cv474 DRL-SJF

BRIAN ENGLISH,

      Respondent.

## ORDER

Chuan En Liu, by counsel, filed a notice representing that he has been removed to China, and he acknowledges that his habeas petition is now moot. In the habeas petition, Mr. Liu challenged his immigration detention under 28 U.S.C. § 2241 and sought his immediate release.

"For a case to be justiciable, a live controversy must continue to exist at all stages of review, not simply on the date the action was initiated." *Brown v. Bartholomew Consol. Sch. Corp.*, 442 F.3d 588, 596 (7th Cir. 2006)). "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). As Mr. Liu acknowledges, his removal moots this case. The court can no longer grant the relief sought in the petition because Mr. Liu has already been released from immigration detention.

For these reasons, the court:

(1) DISMISSES the habeas petition AS MOOT (ECF 1); and

(2) DIRECTS the clerk to close this case.

SO ORDERED.

May 14, 2026

s/ *Damon R. Leichty*
Judge, United States District Court